IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LORENZO DEMOND KYLES,

      Plaintiff,

v.

LEHANAHA KRIZAN, RENEE ANDERSON,
REED STUVE, JAMIE BARKER,
BRAD LUNDMARK and JUDY BENTLEY,

      Defendants.

JUDGMENT IN A CIVIL CASE

17-cv-188-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 8/10/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |