IN THE UNITED STATES COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LORENZO DEMOND KYLES,

    Plaintiff,

v.

LEAHANANAHA KRIZAN, et al.,

    Defendants.

2018 DEC -6 AM 10: 54

PETER OPPENEER
CLERK US DIST COURT

Case No. 17-CV-188-bbc

### NOTICE OF APPEAL

Notice is hereby given that Lorenzo Kyles, plaintiff in the above name case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on August 10, 2018. (This court denied relief under Rule 59(e) on November 9, 2018.).

                              Respectfully submitted,

                              Lorenzo D. Kyles #388908
                              Stanley Correctional Institution
                              100 Corrections Drive
                              Stanley, WI. 54768-6500

Dated at Stanley, Wisconsin, December 1st, 2018.

ldk/files
12/1/2018